UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AHMED SHABBER,

    Plaintiff,

v.

SIDDH GROUP LLC, et al.,

    Defendants.

Case No. 18-cv-03494-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 11, 2019 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | October 26, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | December 31, 2018 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: January 11, 2019<br>Rebuttal: January 25, 2019 |
| EXPERT DISCOVERY CUTOFF: | February 8, 2019 |
| DISPOSITIVE MOTIONS[1] HEARD BY: | March 12, 2019 [Dispositive motions filed by February 5, 2019] |
| DAUBERT MOTIONS HEARD BY: | April 9, 2019 [Daubert motions filed by March 5, 2019] |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, April 26, 2019 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 3, 2019 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, May 17, 2019 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, June 3, 2019 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, April 26, 2019 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the date mediation is set by August 31, 2018 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, September 7, 2018 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By August 31, 2018, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: August 14, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge

2