# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AHMED SHABBER,**<br><br>Plaintiff**,**<br><br>vs.<br><br>**SIDDH GROUP LLC, ET AL.,**<br><br>Defendants**.** | CASE NO. 18-cv-03494-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE JOINT STATEMENT AND FAILURE TO APPEAR AT COMPLIANCE HEARING**<br><br>Re: Dkt. No. 25 |

**TO PLAINTIFF SHABBER, DEFENDANT SIDDH GROUP, LLC, AND THEIR COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why each party should not be sanctioned in the amount of $200 per party for failure to comply with this Court's October 29, 2018 Order Vacating Dates and Setting Compliance Hearing requiring to appear for a compliance hearing on Friday, November 30, 2018, later continued to Friday, September 6, 2019, and instructing parties to file, by no later than five (5) business days before the compliance hearing, either (a) stipulation of dismissal, (b) voluntary dismissal, or (c) one-page joint statement setting forth an explanation regarding the failure to comply. (Dkt. Nos. 22, 25.)

A hearing on this Order to Show Cause will be held on **Friday, September 27, 2019**, on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Friday, September 20, 2019**, the parties must file a single joint written response to this Order to Show Cause, including an update regarding the status of the payment plan identified in parties November 20, 2018 joint statement. (Dkt. No. 24.)

If the Court is satisfied with the parties' response, the hearing may be taken off calendar and the parties need not appear. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response, or to appear personally will be deemed an admission that

no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: September 11, 2019

**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**