# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AHMED SHABBER,**<br>Plaintiff,<br>vs.<br>**SIDDH GROUP LLC, ET AL.,**<br>Defendants. | CASE NO. 18-cv-03494-YGR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING CASE PURSUANT TO STIPULATION**<br><br>Re: Dkt. No. 27 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Having reviewed and considered the written response to its September 11, 2019 Order to Show Cause (Dkt. No. 27), the Court is satisfied with parties' joint submission (Dkt. No. 28) and accordingly, **DISCHARGES** the Order. No further action will be taken with respect to that Order.

Additionally, the Court **DISMISSES WITH PREJUDICE** the above-caption action pursuant to stipulation. (*See* Dkt. No. 28 at ECF 5-6.)

**IT IS SO ORDERED.**

Dated: September 19, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**